1   Matthew Follett (SBN 325481)
    Mfollett@FoxRothschild.com
2   FOX ROTHSCHILD LLP
    Constellation Place
3   10250 Constellation Blvd, Suite 900
    Los Angeles, California 90067
4   Telephone:  310.598.4150
    Facsimile:   310.556.9828
5
    Attorneys for Defendant
6   AETNA HEALTH OF CALIFORNIA, INC.

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SALOOJAS, INC., | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(a) (FEDERAL QUESTION)** |
| v. | |
| AETNA HEALTH OF CALIFORNIA, INC. | |
| Defendant. | |

**TO THE CLERK OF THE COURT**

     PLEASE TAKE NOTICE that Defendant AETNA HEALTH OF

CALIFORNIA, INC. ("Aetna Health" or "Defendant") hereby removes the state

court action described below to this Court:

     1.    **Jurisdiction**: This is a civil action over which this Court has original

jurisdiction under 28 U.S.C. § 1331. It may be removed to this Court pursuant to 28

U.S.C. § 1441(a) because it originates from a claim or right arising under the laws

of the United States, namely, H.R.748, also known as the Coronavirus Aid, Relief,

and Economic Security Act or "CARES Act."

1

126091045.1

2.      **Intradistrict Assignment**: Pursuant to Civil L.R. 3-2(d), assignment to the Northern District - San Francisco Division or Oakland Division is proper because the case arose in the County of Alameda.

3.      On December 14, 2021, Plaintiff Saloojas, Inc. ("Saloojas") filed a complaint against Defendant in the Superior Court of California, County of Alameda. The complaint was assigned Case No. 21SC004108 (the "Complaint"). Defendant was served with the Complaint on February 15, 2022.

4.      Plaintiff's Complaint alleges violations of the CARES Act against Defendant Aetna Health. The case has no other defendants.

5.      A copy of the Complaint and Summons is hereto attached as Exhibit A.

6.      A copy of the Service of Process transmittal, reflecting a service of process date of February 15, 2022, is hereto attached as Exhibit B.

7.      Defendant is providing prompt notice to the adverse party of the filing of the Notice of Removal of Action and is filing a copy of the Notice of Removal of Action with the Clerk of the Court for the Superior Court of the State of California, County of Alameda.

8.      The above-described action now pending in the Superior Court of the State of California, County of Alameda should be removed to this District in accordance with the provisions of 28 U.S.C. sections 1441(a) and 1446(a) and (b).

NOTICE OF REMOVAL

126091045.1

1    Dated:  March 14, 2022                    FOX ROTHSCHILD LLP

2

3                                             /s/ Matthew Follett

4                                             Matthew Follett
                                              Attorneys for Defendant
5                                             AETNA HEALTH OF CALIFORNIA,
                                              INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

126091045.1

# EXHIBIT A

## SC-100

# Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Alameda
**12/14/2021**

Chad Finke, Executive Officer / Clerk of the Court

By: _Joshua W Rose_ Deputy

J. Rose

## Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of Alameda
24405 Amador Street
Hayward, CA 94544

*Court fills in case number when form is filed.*

Caso Number:
21SC004108

Case Name:

SALOOJAS, INC vs AETNA HEALTH OF CALIFORNIA

## Order to Go to Court

**The people in ① and ② must attend court:** *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|---|
| | 1. | 03/18/2022 | 9:00 AM | 519 | |
| | 2. | | | | |
| | 3. | | | | |

Date: 12/14/2021    Clerk, by _Joshua W Rose_ , Deputy

Chad Finke, Executive Officer / Clerk of the Court

Rose, Deputy Clerk

## Instructions for the person suing:

**Do not use this form to recover COVID-19 rental debt,** which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form: SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Rev. November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**

SC-100, Page 1 of 6

| Plaintiff *(list names):*<br>SALOOJAS, INC | **Case Number:** 21SC004108 |
|---|---|

**(1)** **The plaintiff (the person, business, or public entity that is suing) is:**

Name: SALOOJAS, INC                                             Phone: 510-656-7500

Street address:  5763 STEVENSON BLVD               NEWARK            CA      94560
                        *Street*                                              *City*                  *State*      *Zip*

Mailing address *(if different):* _____
                                              *Street*                             *City*                  *State*      *Zip*

Email address *(if available):* _____

**If more than one plaintiff, list next plaintiff here:**

Name: _____               Phone: _____

Street address: _____
                        *Street*                                              *City*                  *State*      *Zip*

Mailing address *(if different):* _____
                                              *Street*                             *City*                  *State*      *Zip*

Email address *(if available):* _____

☐ *Check here if more than two plaintiffs and attach form* SC-100A.
☐ *Check here if either plaintiff listed above is doing business under a fictitious name and attach form* SC-103.
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**(2)** **The defendant (the person, business, or public entity being sued) is:**

Name: AETNA HEALTH OF CALIFORNIA                    Phone: 1-800-872-3862

Street address:  1401 WILLOW PASS ROAD, SUITE 600    CONCORD        CA      94520
                        *Street*                                              *City*                  *State*      *Zip*

Mailing address *(if different):* _____
                                              *Street*                             *City*                  *State*      *Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: CT CORPORATION SYSTEM              Job title, if known: _____

Address: 330 N BRAND                              GLENDALE        CA      91203
              *Street*                                              *City*                  *State*.    *Zip*

☐ *Check here if your case is against more than one defendant and attach form* SC-100A.
☐ *Check here if any defendant is on active military duty and write defendant's name here:* _____

**(3)** **The plaintiff claims the defendant owes $ 2,500.00** _____ . *(Explain below and on next page.)*
*(Note: A claim for COVID-19 rental debt cannot be made on this form. Use form SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court (COVID-19 Rental Debt).)*

a.  Why does the defendant owe the plaintiff money?
COVID TESTING SERVICE under the CARES ACT were rendered to its insured, identified in its Attachments
A EOB (Explanation of Benefits) by Patient ID no: 2069047 under HIPAA and were not paid.
For the attached EOB have it titled "SC-100 Item 1 Attachment A"
Insurance company owes $922 and the balance is punitive damages to $2,500 for the intentional violation of
the Federal CARES ACT.

| Plaintiff *(list names):* | Case Number: 21SC004108 |
|---|---|
| SALOOJAS INC | |

**(3)** b. When did this happen? *(Date):* 11/23/2020

If no specific date, give the time period:  *Date started:* 11/23/2020          *Through:* 11/23/2020

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
Plaintiff is an out of Network Provider and under the CARES ACT sec 3202(a)(2). Defendants are required to pay the entire bill at posted prices without any deductions for copy or deductibles.

☒ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

**(4) You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**

☒ Yes      ☐ No      If no, explain why not.
Plaintiff appealed the denial of full payment mandated under the CARES ACT with the attached letter Attachment B which was again denied.
SEE "SC-100 Item 1 Attachment B"

**(5) Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies):*

a. ☒ (1) Where the defendant lives or does business.      (4) Where a contract (written or spoken) was made,
☐ (2) Where the plaintiff's property was damaged.            signed, performed, or broken by the defendant *or*
(3) Where the plaintiff was injured.                          where the defendant lived or did business when the
                                                             defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civ. Code, § 1812.10.)

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civ. Code, § 2984.4.)

e. ☐ Other *(specify):* This is where the CARES ACT Covid services were rendered.

**(6)** List the zip code of the place checked in **(5)** above *(if you know):* 94560

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes   ☒ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes   ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

| Plaintiff *(list names):*<br>SALOOJAS, INC | Case Number: |
|---|---|

**(9)** **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes  ☒ No  *If yes, the filing fee for this case will be higher.*

**(10)** **Is your claim for more than $2,500?** ☐ Yes  ☒ No
*If you answer yes, you also confirm that you have not filed, and you understand that you may not file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**(11)** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under the laws of the State of California that the information above and on any attachments to this form is true and correct.

Date: December 8, 2021

Saloojas Inc By Parmjit President
*Plaintiff types or prints name here*

*Plaintiff signs here*

Date: _____

*Second plaintiff types or prints name here*

*Second plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. For these and other accommodations, contact the clerk's office for form *MC-410, Disability Accommodation Request*. (Civ. Code, § 54.8.)

Small Claims Court Advisory Program
http://dcba.lacounty.gov
Monday - Friday, 8:00 a.m. – 4:30 p.m.
(213) 974-9759 or (800) 593-8222

## SC-100    Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that support your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Disability Accommodation Request.* Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible for a court-provided interpreter. You may use form INT-300, *Request for Interpreter (Civil)* or a local court form to request an interpreter. If a court interpreter is unavailable for your trial, it may be necessary to reschedule your trial. You cannot bring your own interpreter for the trial unless the interpreter has been approved by the court as a certified, registered, or provisionally qualified interpreter. (See Cal. Rules of Court, rule 2.893, and form INT-140.)

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/forms.*

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal.* You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment.*

- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals.*

**Do I have options?** Yes. If you are being sued you can:
- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case before the trial, the plaintiff must file form CIV-110, *Request for Dismissal* or a written and signed settlement agreement with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107, *Small Claims Subpoena and Declaration,* and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court and relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above, titled **"Small Claims Court."**

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county).

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?** Your county's Small Claims Advisor can help for free.

Small Claims Court Advisory Program
http://dcba.lacounty.gov
Monday - Friday, 8:00 a.m. - 4:30 p.m.
(213) 974-9759 or (800) 593-8222
Or go to *www.courts.ca.gov/smallclaims/advisor.*

* **Exceptions:** Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).) Limits do not apply in an action to recover COVID-19 rental debt. (See Code Civ. Proc., §§ 116.223 & 1179.02; form SC-500.)

## SC-100   Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y económico. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningún documento antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en *www.courts.ca.gov/reclamosmenores/preparese.*

**¿Qué hago si necesito una modificación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Solicitud de modificaciones para discapacidad.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Solicito un intérprete al secretario de la corte lo más pronto posible. Puede usar el formulario INT-300 o un formulario de su corte local. Si no está disponible un intérprete de la corte para su juicio, es posible que se tenga que cambiar la fecha de su juicio. No puede llevar su propio intérprete para el juicio a menos que el intérprete haya sido aprobado por la corte como un intérprete certificado, registrado, o provisionalmente calificado. (Vea la regla 2.893 de las Reglas de la Corte de California, y el formulario INT-140.)

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, a la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación* (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso antes del juicio, el Demandante tiene que presentar el formulario CIV-110 Solicitud de desestimación (Request for Dismissal) o un acuerdo de resolución escrito y firmado al secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos a plazos. *o*

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite *www.courts.ca.gov/reclamosmenores/asesores.*

 * **Excepciones:** Existen diferentes límites en un reclamo contra una garantía. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) Los límites no se aplican a las acciones para reclamar una deuda de alquiler del COVID-19. (Vea el Código de Procedimiento Civil, secciones 116.223 y 1179.02, y el formulario SC-500.)

# SC-100 ITEM 1 ATTACHMENT

**Patient Name:** SARAH MCKEE

Continued on Next Page

**Remarks:**

1- Member's plan allows us to 105% of the Medicare Allowable Rate for the charges by their plan. G02

2- The member's plan provides coverage for charges that are reasonable and appropriate. This charge is for a service that is considered incidental to another service. (77E)

3- The member's plan provides coverage for the charges that are reasonable and appropriate. The charge for this service does not meet the requirement of the member's plan of events because the service is considered incidental to another procedure on the same date of service. (V51)

4- Because of the COVID-19 pandemic, we suspended some of our policies and rules. (H4G)

**Explanation of Benefits**

Please Resubmit For Future Reference

aetna
P.O. BOX 14079
LEXINGTON KY 40512-4079
USA

**Patient Name:** SARAH MCKEE (cont)



**AFC Urgent Care of Newark**
5763 Stevenson Blvd Suite A.
Newark, CA  94560
Phone:  510-656-5700
Fax:      510-656-5704·
www.AFCUrgentCareNewark.com

TAX ID NO.                      823826671   NPI 1538709837      SALOOJAS, INC

## SC – 100 ITEM 1 ATTACHMENT B

To Aetna Appeals

This is an Appeal of the payment decision, and we are requesting payment for the unpaid portions of the COVID Testing Services rendered to your insured as set forth in your EOB. We have set forth on your form the amount billed, the amount paid, and the amount owed

Saloojas being an Out of Network provider means that it does not have any contract with Aetna thus does not have any negotiated rates.  As such, reimbursement of our bills falls under the CARES Act  Sec.(a)(2) as shown below.  **Therefore, our bills for COVID Testing services must  be processed and paid in accordance with our posted cash prices, as reflected in our submitted bill.** The CARES Act  does not say payment is "subject to any plan". So, **our payments must not be impacted or reduced by the insured's benefit plan, or reimbursement policies, or any claim audit software, or any plan's deductible or cost shares.**  Blue Shield under the CARES ACT, is thus obligated to pay Saloojas's posted cash prices. **PLEASE PROCESS THE BILL CORRECTLY.**

There have been several CARES ACT billing errors committed by your company  which separately support the payment of the full bill as set forth below:

### 1.   FAILURE TO FILE A CLAIM WITHIN 365 DAYS

In some instances, denials of the claims have been based solely on them not having been submitted within 365 days of service. Such a denial is not permitted under the law

#### a.        UNDER THE CARES ACT NO TIME IS SPECIFIED TO SUBMIT THE CLAIM

In some instances, denials of the claims have been based solely on them not having been submitted within 365 days of service. Such a denial is not permitted under the law. The CARES ACT **DOES NOT** require submission of the claim within 365 days by an out of network provider as a requirement in order to be paid for COVID Testing. Denial of claims based on that ground is illegal.

#### b. UNDER ERISA THE TIME TO FILE A CLAIM IS STAYED  UNTIL 60 DAYS AFTER THE NATIONAL COVID EMERGENCY HAS ENDED

The Federal Register as set forth at:
https://www.federalregister.gov/documents/2020/05/04/2020-09399/extension-of-certain-timeframes-for-employee-benefit-plans-participants-and-beneficiaries-affected#h-11

states that Sec 503 of ERISA as well as sec 2719 of the PHS Act stays the 365 day mandatory period for filing a claim until 60 days after the national Covid Emergency: It is stated on the Federal Register

## "III. Relief

### A. Relief for Plan Participants, Beneficiaries, Qualified Beneficiaries, and Claimants

Subject to the statutory duration limitation in ERISA section 518 and Code section 7508A,[7] all group health plans, disability and other employee welfare benefit plans, and employee pension benefit plans subject to ERISA or the Code must disregard the period from March 1, 2020 until sixty (60) days after the announced end of the National Emergency or such other date announced by the Agencies in a future notification (the "Outbreak Period") for all plan participants, beneficiaries, qualified beneficiaries, or claimants wherever located in determining the following periods and dates— ...."

So, neither the CARES ACT nor ERISA permits denial of claims during this period of national COVID emergency for late filing.

## II. PAYMENT OF LESS THAN THE FULL POSTED PRICES FOR OUR COVID TESTING SERVICES IS A DIRECT VIOLATION OF THE CARES ACT SEC 3202.

Our COVID Testing Services which we rendered to your insured are not covered by any Network Physician Agreement. COVID. As such, Saloojas, Inc. is to be treated the same as any other out of Network provider in which case the CARES ACT requires full payment for the COVID Testing.

Under the CARES Act Section 3202, an out of network provider, which would be Saloojas, Inc. as it never agreed to be paid less than its posted price for the COVID services, is to be paid its cash posted prices for its COVID Testing rendered. It is not open to negotiation or adjustment in any way, that is the law as you can read for yourself below.

### SEC. 3202. PRICING OF DIAGNOSTIC TESTING

(a)   Reimbursement Rates.--A group health plan or a health insurance issuer providing coverage of items and services described in section 6001(a) of division F of the Families First Coronavirus Response Act (Public Law 116-127) with respect to an enrollee shall reimburse the provider of the diagnostic testing as follows:

(1)   If the health plan or issuer has a negotiated rate with such provider in effect before the public health emergency declared under section 319 of the Public Health Service Act (42 U.S.C. 247d), such negotiated rate shall apply throughout the period of such declaration.

(2)   Reimbursement. Public information. **Web posting.** If the health plan or issuer does not have a negotiated rate with such provider, such **plan or issuer shall reimburse the provider in an amount that equals the cash price for such service as listed by the provider on a public internet website,** or such plan or issuer may negotiate a rate with such provider for less than such cash price."

Our posted prices are set forth below and have not changed from the date of posting. The codes are those provided by the American Medical Association for use for describing the services rendered under the CARES ACT.

Therefore, if there is a question look to the service description in the posted prices below, see that it is for a COVID testing and then pay for the service     Posted on **https://saloojasinc.com/about**

| CARES ACT POSTED PRICES FOR COVID SERVICES | | |
|---|---|---|
| **SERVICE RENDERED** | **BILLING CODE FOR SERVICE** | **CASH PRICE OF SERVICE** |
| • **New Patient, Doctor Visit** | **CODE 99203** | **$383  SINCE January 2, 2019** |
| • **Established Patient, Doctor visit Code** | **CODE 99214** | **$385 SINCE January 2, 2019** |
| • **Services at URGENT CARE Center POS 20** | **CODE S9088** | **$364 SINCE January 2, 2019** |
| • **Procedure of Collection of Covid Nose swab** | **CODE G2023** | **$90 SINCE May 20, 2020** |
| • **Covid Protective equipment PPE,** | **CODE  99072** | **$85 SINCE May 20, 2020** |

### III. REDUCTIONS FOR CO-PAYS OR DEDUCTIBLES ASSESSED TO THE INSURED IS A SEPARATE VIOLATION OF THE CARES ACT SECTION 3202

Additionally, in many instances, the payment for the COVID Testing bill submitted has been reduced by co-pays or deductibles assessed against the insured. That is specially not allowed under the CARES ACT when the services are for COVID TESTING.

Under the CARES Act Sec 3203, there is no cost sharing permitted for COVID testing between the insured and the insurer. This means that the insured cannot be assessed a co-pay or deductible for the COVID Testing. There have been instances where the payment to Saloojas contains deductions for the insured's co-pays and deductibles for the COVID Testing. The CARES ACT specifically makes it illegal to reduce the payments for services rendered to COVID Testing for any co-pays on deductibles assessed to the insured. The insurer is required by law to pay the full amount without any adjustment for COVID Testing services.

### SEC. 3203. RAPID COVERAGE OF PREVENTIVE SERVICES AND VACCINES FOR CORONAVIRUS.

**(a) IN GENERAL.**—Notwithstanding 2713(b) of the Public Health Service Act (42 U.S.C. 300gg–13), the Secretary of Health and Human Services, the **Secretary of Labor, and the Secretary of the Treasury shall require group health plans and health insurance issuers offering group or individual health insurance to cover** *(without cost-sharing)* **any qualifying coronavirus preventive service, pursuant to section 2713(a) of the Public Health Service Act**

(42 U.S.C. 300gg–13(a)) (including the regulations under sections 2590.715–2713 of title 29, Code of Federal Regulations, section 54.9815–2713 of title 26, Code of Federal Regulations, and section 147.130 of title 45, Code of Federal Regulations (or any successor regulations)). The requirement described in this subsection shall take effect with respect to a qualifying coronavirus preventive service on the specified date described in subsection (b)(2).

The CARES ACT  was implemented to apply only to COVID Testing services. That may be where the problem occurred at your end. While it would be totally proper to reduce  by co-pays and deductibles for non-COVID Testing and treatment  the amount  that should be paid by the insured from

3

a bill to an out of network provider, for COVID TESTING along such reductions are not allowed. All such reductions assessed against the COVID Testing bills submitted by Saloojas Inc. are simply wrong, illegal and must be corrected.

Your company is simply not allowed to assess co-pays or deductibles against the insured so as to reduce the payment to us for the COVID Testing services which we rendered.

## CONCLUSION

We stand on the CARES Act which does not require us to take less than full payment for which we are entitled under the law. Furthermore, by this letter we are requesting an appeal of the original denial to pay the remainder of the full bill which was not originally paid.

If we do not receive payment in full, then we will file a small claims action for the payment of the remainder of the bill as a violation of the CARES ACT

Respectfully

Michael Lynn Gabriel
General Counsel

4

♥aetna™   Provider Resolution Team
PO Box 14020
Lexington, KY 40512-4020

*211023052505*
*000835*J1XC041*002357*
Category code: CRTP

10-23-2021

DCN# 211023052505

MICHAEL GABRIEL
SALOOJAS INC
5763 STEVENSON BLVD.
NEWARK, CA 94560

Provider Name: Parmjit Singh, MD
Date(s) of Service: November 23, 2020 to November 23, 2020
Patient Account Number: 2069047
Claim Number(s): PRFCP9ZLF00
Member Name: Sarah Mckee
Member ID: W251123916
Case Number(s): 2021102102229

Subject: Too Late to Appeal

Dear Appellant:

**We did not receive your appeal request within the allowed filing timeframe**
We are writing in response to your request for a review of our payment decision for the claim(s) referenced
above. According to our policy, appeal requests must be filed within 60 days of the reconsideration.

Because we reconsidered your claim on 03-17-2021, and we did not receive this appeal request until
10-19-2021, our previous decision regarding these charges will remain unchanged. Therefore, we will make
no additional payment on the claim(s) listed above.

**Please contact us if you believe your appeal request was filed on time**
If you believe your appeal was filed on time, you may write to us at the address above. Your request should
reach us within 60 days of the date of this letter. Please include additional information to support your position
that the appeal request was filed within 60 days of the reconsideration. If we then determine that the appeal
was filed on time, we will review your appeal. If we do not receive any additional information, this decision will
be considered final.

**We are here to answer your questions**




2021102558D0 JABE
Env [3,998] 2 of 2

J1XC041
20211023  000835

DCN# 211023052505
MICHAEL GABRIEL   10-23-2021

*211023052505*
*000835*J1XC04|*002357*

Category code: CRTP

If you have questions after using the resources above, just call us at the number listed on the back of the member's ID card.

Sincerely,

*Swaraj D*

Swaraj D
Complaint and Appeals Analyst
Provider Resolution Team

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc., Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company of Europe, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internal business unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products. © Aetna Inc.

# EXHIBIT B

 **CT Corporation**

**Service of Process Transmittal**
02/15/2022
CT Log Number 541061441

TO:     Desiree Beatty
        Aetna, Inc.
        Law U23S, 1425 Union Meeting Road
        Blue Bell, PA 19422

RE:     **Process Served in California**

FOR:    Aetna Health of California Inc.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SALOOJAS, INC vs. AETNA HEALTH OF CALIFORNIA<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 21SC004108 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/15/2022 at 02:04 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/15/2022, Expected Purge Date: 02/20/2022<br><br>Image SOP<br><br>Email Notification,  Desiree Beatty  beattyd@aetna.com<br><br>Email Notification,  Jacqueline West  westj2@aetna.com<br><br>Email Notification,  Piper Taylor  plperry@aetna.com<br><br>Email Notification,  Kim DePaepe  kjdepaepe@aetna.com<br><br>Email Notification,  John Baka  bakaj@aetna.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |


CT Corporation

**Service of Process Transmittal**
02/15/2022
CT Log Number 541061441

**TO:**   Desiree Beatty
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

**RE:**   **Process Served in California**

**FOR:**   Aetna Health of California Inc.   (Domestic State: CA)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Tue, Feb 15, 2022

**Server Name:**             DROP SERVICE

| Entity Served | AETNA HEALTH OF CALIFORNIA |
|---|---|
| Case Number | 21SC004108 |
| Jurisdiction | CA |



1

## PROOF OF SERVICE

2

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years

3

and not a party to this action; my business address is:  10250 Constellation Blvd., Suite 900, Los
Angeles, CA 90067.  My electronic notification address is:  jdodds@foxrothschild.com

4

    On March 16, 2022, I served the foregoing **NOTICE OF REMOVAL OF ACTION UNDER**

5

**28 U.S.C. 1441(a) (FEDERAL QUESTION)** on the interested parties as follows:

6

    Saloojas, Inc.

7

    5763 Stevenson Blvd.
    Newark, CA 94560

8

    **[BY FIRST CLASS MAIL]:**  I placed the envelope for collection and mailing

9

following our ordinary business practices.  I am readily familiar with this business's practice

10

for collecting and processing correspondence for mailing.  On the same day that
correspondence is placed for collection and mailing, it is deposited in the ordinary course of

11

business with the United States Postal Service in a sealed envelope with postage fully
prepaid.

12

    I declare under penalty of perjury under the laws of the State of California that the foregoing is

13

true and correct.

14

    Executed on March 16, 2022 at Los Angeles, California.

15

16

_____
Janine Dodds

17

18

19

20

21

22

23

24

25

26

27

28

Active\111266518.v1-11/16/20