UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saloojas, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Aetna Health of California, Inc., <br><br> Defendant(s). | Case No. 3:22-cv-01696 <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: March 23, 2022

NAME: Matthew R. Follett

*(signature)*
*Signature*

COUNSEL FOR (OR "PRO SE"): Fox Rothschild LLP
10250 Constellation Blvd., Ste. 900
Los Angeles, CA 90067

Attorneys for Defendant
Aetna Health of California, Inc.

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action; my business address is: 10250 Constellation Blvd., Suite 900, Los Angeles, CA 90067. My electronic notification address is: jdodds@foxrothschild.com

On March 23, 2022, I served the foregoing **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** on the interested parties as follows:

Saloojas, Inc.
5763 Stevenson Blvd.
Newark, CA 94560

**[BY FIRST CLASS MAIL]:** I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 23, 2022 at Los Angeles, California.

_/s/ Janine Dodds_
Janine Dodds