UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AETNA HEALTH OF CALIFORNIA, INC., <br><br> Defendant. | Case No. 22-cv-01703-DMR <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On February 16, 2022, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline S. Corley to determine whether it is related to *Saloojas, Inc. v. Aetna Health, Inc.*, No. 22-cv-1696-JSC.

**IT IS SO ORDERED.**

Dated: April 4, 2022

Donna M. Ryu
United States Magistrate Judge