UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>                 Plaintiff,<br><br>      v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>                 Defendant. | Case No.  22-cv-01696-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. No. 1 |

On March 16, 2022, Defendant removed this case to federal court.  (Dkt. No. 1.) Defendant then moved to dismiss, (Dkt. Nos. 5, 7), and Plaintiff's deadline to oppose is April 6, 2022.  Plaintiff, a corporation, is currently proceeding without representation by a lawyer, and it appears that Plaintiff filed its complaint in state court without representation by a lawyer.  (*See* Dkt. No. 1 at 5–17.)  However, a corporation must be represented by a lawyer.  *See* N.D. Cal. Civ. L.R. 3-9(b); *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("a corporation may appear in the federal courts only through licensed counsel"). Plaintiff is advised that it must obtain counsel to represent it in this action.

**Accordingly, on or before May 5, 2022, counsel must make an appearance on Plaintiff's behalf.**  Plaintiff may seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102.  Plaintiff should make a telephone appointment by calling (415) 782-8982 or emailing fedpro@sfbar.org. Plaintiff is warned that if no counsel appears on Plaintiff's behalf by May 5, 2022, the Court may dismiss Plaintiff's complaint without prejudice.  *Cf. United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (affirming that default judgment against defendant was appropriate remedy where defendant was an unrepresented corporation).

1  Briefing on Defendant's motion to dismiss is STAYED and the hearing set for April 28,
2  2022 is VACATED.  The Court will reset deadlines for Plaintiff to oppose the motion to dismiss,
3  and for Defendant to reply, after May 5, 2022.

**IT IS SO ORDERED.**

Dated: April 4, 2022

JACQUELINE SCOTT CORLEY
United States District Judge