UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>       Defendant. | Case No. 22-cv-01706-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 3:22-cv-01696-JSC SALOOJAS, INC. v. Aetna Health of California, Inc.

**IT IS SO ORDERED.**

Dated: April 4, 2022

LAUREL BEELER
United States Magistrate Judge