UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>        Defendant. | Case No. 22-cv-01704-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Jacqueline S. Corley for consideration of whether the case is related to *Saloojas, Inc. v. Aetna Health of California, Inc.*, Case No. 22-cv-1696-JSC.

**IT IS SO ORDERED.**

Dated: April 5, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge