UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALOOJAS, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>    Defendants. | Case No.  5:22-cv-02887 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 3:22-cv-01696 JSC, *SALOOJAS, Inc. v. Aetna Heath of California, Inc.*

  **IT IS SO ORDERED.**

Dated:  May19, 2022

              _____
              NATHANAEL M. COUSINS
              United States Magistrate Judge

Case No. 22-cv-02887 NC
SUA SPONTE JUDICIAL REFERRAL