# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 22-cv-01696-JSC |
| Date case was first filed in U.S. District Court: | 3/16/2022 |
| Date of judgment or order you are appealing: | June 23, 2022 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

SALOOJAS, INC

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

5763 STEVENSON BLVD

| City: | NEWARK | State: | CA | Zip Code: | 94560 |
|---|---|---|---|---|---|

Prisoner Inmate or A Number (if applicable):

| Signature | /s/ Michael Lynn Gabriel | Date | July 15, 2022 |
|---|---|---|---|

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                               Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> SALOOJAS, INC

Name(s) of counsel (if any):

> MICHAEL LYNN GABRIEL   CAL BAR 86924

Address: 5763 STEVENSON BLVD, NEWARK, CA 94560

Telephone number(s): 650-888 9189

Email(s): aetal@earthink.net

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> AETNA HEALTH OF CALIFORNIA, INC

Name(s) of counsel (if any):

> MATTHEW R. FOLLETT

Address: 345 CALIFORNIA STREET, STE 220, SAN FRANCISCO, CA 94104

Telephone number(s): 415 364-5540

Email(s): mfollett@foxrothschild.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              1                              Rev. 12/01/2018