UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>    Defendant. | Case Nos. 22-cv-01696-JSC<br>      22-cv-01702-JSC<br>      22-cv-01703-JSC<br>      22-cv-01704-JSC<br>      22-cv-01706-JSC<br><br>**ORDER OF DISMISSAL** |

The Court granted Defendant's motions to dismiss in these five related cases and gave Plaintiff the opportunity to file amended complaints on or before July 25, 2022.[1] Plaintiff did not file amended complaints and instead filed notices of appeal on July 15, 2022.[2]

Accordingly, these five cases are DISMISSED. *See Weston Family P'ship LLLP v. Twitter, Inc.*, 29 F.4th 611, 618 (9th Cir. 2022) (explaining that, although an order dismissing claims with leave to amend is typically not considered final and appealable as of right, the district court may cure a premature notice of appeal by issuing a final order).

**IT IS SO ORDERED.**

Dated: August 17, 2022

                        _____
                       JACQUELINE SCOTT CORLEY
                       United States District Judge

---

[1] (Case No. 22-cv-01696-JSC, Dkt. No. 24; Case No. 22-cv-01702-JSC, Dkt. No. 23; Case No. 22-cv-01703-JSC, Dkt. No. 20; Case No. 22-cv-01704-JSC, Dkt. No. 21; Case No. 22-cv-01706-JSC, Dkt. No. 23.)

[2] (Case No. 22-cv-01696-JSC, Dkt. No. 25; Case No. 22-cv-01702-JSC, Dkt. No. 24; Case No. 22-cv-01703-JSC, Dkt. No. 21; Case No. 22-cv-01704-JSC, Dkt. No. 22; Case No. 22-cv-01706-JSC, Dkt. No. 24.)